FILED

2023 FEB 15 AM 10: 39

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___TV___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | MJ 23-00730 |
| v. | 21-CR-00012 |
| SHOLA YUSUF ADEDIJI | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: **United States District Court**
in the **Western** District of **New York** on **2/15/23**
at **2** ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about _____
in violation of Title **18** U.S.C., Section(s) **1349**
to wit: _____

A warrant for defendant's arrest was issued by: **United States District Court for the Western District of New York**

Bond of $ **75,000** was ☒ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **2/15/23**
              Date

_____[signature]_____              HARRISON YORK
Signature of Agent                 Print Name of Agent

USMS                               DSUM
Agency                             Title

---

CR-52 (03/20)                DECLARATION RE OUT-OF-DISTRICT WARRANT