FILED
MJ 23-00730
2023 FEB 15 AM 10: 39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: TV

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA V. PLAINTIFF | CASE NUMBER: | 21-CR-12 |
| SHOLA YUSUF ADEDIJI | REPORT COMMENCING CRIMINAL ~~ACTION~~ | |
| USMS# 29815-509     DEFENDANT | | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 02/15/2023 at 0900    ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 U.S.C 1349 Conspiracy to Commit Wire Fraud

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: N/A

7. Year of Birth: 1983

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: N/A        Phone Number: N/A

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): N/A

11. Name: H. York        (please print)

12. Office Phone Number: 213-620-7676        13. Agency: USMS

14. Signature: /s/        15. Date: 2/15/2023

CR-64 (05/18)        REPORT COMMENCING CRIMINAL ACTION